IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LINFO IP, LLC,** *Plaintiff,* | § § § § § § § § § | |
| v. | | W-22-CV-00373-ADA-DTG |
| **NORDSTROM, INC.,** *Defendant.* | | |

### CLAIM CONSTRUCTION ORDER

Before the Court are the Parties' claim construction briefs: Defendant Nordstrom, Inc.'s Opening Claim Construction Brief (ECF No. 17), Plaintiff's Responsive Claim Construction Brief (ECF No. 18), Defendants' Reply Claim Construction Brief (ECF No. 19), Plaintiffs' Sur-Reply (ECF No. 21), and the Joint Claim Construction Statement (ECF No. 22). On February 23, 2023, the Court provided the parties with its Preliminary Claim Constructions, and on February 24, 2023, the Court held a *Markman* hearing. The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court plans to issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) do not need to be filed until 14 days after that more fulsome Order is entered upon the docket.

SIGNED this 24th day of February, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

## I. AGREED TERMS

### A. Term 1: "Electronic Object(s)" (claims 1-3, 9, 12, 14, 15, and 18)

| Agreed Construction | Court's Final Construction |
|---|---|
| "An object comprising a physical object such as person name or phone number in an address book or contact list, or a physical document stored on a storage device, rather than attributes or search components that are parameters but not physical objects" | "An object comprising a physical object such as person name or phone number in an address book or contact list, or a physical document stored on a storage device, rather than attributes or search components that are parameters but not physical objects" |

### B. Term 2: "wherein the attribute includes a piece of metadata comprising the number of times the [subset of] object[s] is accessed within a given period of time, or an attribute obtained from the content of the [subset of] object[s], including a specific word or phrase contained in the [subset of] object[s], or a class membership of the [subset of] object[s], or a specific semantic attribute associated with a word or phrase contained in the [subset of] object[s];" (claims 9, 18)

| Agreed Construction | Court's Final Construction |
|---|---|
| No construction is needed; plain and ordinary meaning. | No construction is needed; plain and ordinary meaning. |

## II. DISPUTED TERMS

### A. Term 3: "Importance Value" (claims 1, 2, 8, 9, 12, 14, 15-19)

| LINFO's Proposed Construction | NORDSTROM's Proposed Construction | Court's Final Construction |
|---|---|---|
| "A value assigned directly to an electronic object itself by a user indicating the relative importance of that object to the user" | "A value assigned directly to an electronic object itself by a user indicating the relative importance of that object to the user. An 'importance value' is different from the attributes and parameters of the electronic | "A value assigned directly to an electronic object itself by a user indicating the relative importance of that object to the user" |

2

| | object, and is not a search result." | |

**B.     Term 4: "Selected from the group consisting at least of" (Claim 1)**

| LINFO's Proposed Construction | NORDSTROM's Proposed Construction | Court's Final Construction |
|---|---|---|
| No construction is needed; plain and ordinary meaning | Indefinite | Indefinite |

**C.     Term 5: "The importance measure" (claim 3)**

| LINFO's Proposed Construction | NORDSTROM's Proposed Construction | Court's Final Construction |
|---|---|---|
| No construction is needed; plain and ordinary meaning | Indefinite | "importance value" |